AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**FILED**
APR 2 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

JOHN JOHNSON TERRELL
PDID: _____
DOB: _____

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 05-241 M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __APRIL 28, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded Model P229 Sig Sauer .357 semi-automatic handgun and ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __OFFICER MATTHEW DAILEY__ and that this complaint is based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_Signature of Complainant_
OFFICER MATTHEW DAILEY
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

APR 29 2005                                                    at            Washington, D.C.
Date   Deborah A. Robinson                                                  City and State
       U.S. Magistrate Judge
Name & Title of Judicial Officer                                            Signature of Judicial Officer