UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05-171 (JR) |
| | : | |
| JOHN TERRELL | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Patricia King McBride, telephone number (202)514-7549. This is also notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Patricia King McBride
Assistant United States Attorney
Narcotics Section
555 4th Street, N.W.
Washington, DC 20001
(202)514-7459; Fax: (202) 353-9414

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Lara Quint, Federal Public Defender Service, 625 Indiana Avenue, NW, Suite 550, Washington, D.C. 20004, this 20th day of May, 2005.

_____
ASSISTANT UNITED STATES ATTORNEY