THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Criminal No. 05-171 (JR) |
| JOHN J. TERRELL | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

_____Upon consideration of Defendant's Motion to Suppress Evidence and the response thereto, it is by the Court hereby

ORDERED that the motion is GRANTED, that all evidence seized as a result of Mr. Terrell's arrest is SUPPRESSED.

_____

THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Patricia McBride, AUSA
Lara G. Quint, AFPD