IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN JOHNSON TERRELL )<br>_____) | Cr. No. 05-171 (JR) |

### CONSENT MOTION TO CONTINUE MOTIONS HEARING CURRENTLY SCHEDULED FOR AUGUST 9, 2005 AT 2:00 P.M.

John Johnson Terrell, through undersigned counsel, respectfully moves this Honorable Court to continue the motions hearing currently scheduled for Tuesday, August 9 at 2:00 p.m. In support of his motion, Mr. Terrell submits the following:

Defense counsel is scheduled to appear before the Honorable Henry H. Judge Kennedy at 10:00 a.m. on August 9. At the time that defense counsel scheduled the motions hearing in Mr. Terrell's case, she was aware of the 10:00 a.m. motions hearing, but wished to be accommodating to the Court and did not anticipate that the 10:00 a.m. hearing would require as much preparation as it is proving to, due to newly discovered information. In light of the preparation required in her other motions hearing, in addition to her other duties in court, counsel has been unable to devote adequate time preparing for Mr. Terrell's hearing and does not anticipate being able to do so prior to next Tuesday.

Defense counsel contacted Assistant United States Attorney Patricia McBride, who both agreed to the continuance and informed undersigned counsel that Mr. Terrell's case was in the process of being reassigned.

Mr. Terrell's trial is scheduled to commence on September 26, 2005. Undersigned

counsel is available for a motions hearing the week of August 15, with the exception of August 18, the week of August 22, with the exception of August 23, and the weeks of September 6 and September 12.

WHEREFORE, Mr. Terrell respectfully moves this Honorable Court to continue the motions hearing currently scheduled for August 9, 2005.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500 ex.134


CERTIFICATE OF SERVICE

_____I, Lara Gabrielle Quint, Assistant Federal Public Defender, hereby certify that I have electronically served a copy of this Memorandum in Aid of Sentencing on Patricia McBride, Esq., Assistant United States Attorney.

_____/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500 ext.126

DATE: August 3, 2005.