THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>JOHN JOHNSON TERRELL    )<br>_____) | Cr. No. 05-171 (JR) |

**ORDER**

Upon consideration of defendant's Consent Motion to Continue Motions Hearing, it is by the Court hereby

ORDERED that the motion is granted and that the motions hearing currently scheduled for August 9, 2005 at 2:00 p.m. is continued until _____, 2005 at _____ a.m./p.m.

SO ORDERED.

_____          _____
DATE                                                     JAMES ROBERTSON
                                                               UNITED STATES DISTRICT JUDGE

Copies to:

Patricia McBride, AUSA
Lara Quint, AFPD