UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-171(JR) |
| | : | |
| **JOHN J. TERRELL** | : | |
| | : | |
| **Defendant.** | : | |

GOVERNMENT'S UNCONTESTED MOTION
TO CONTINUE MOTIONS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to continue the motions hearing in this case, which is currently scheduled for Monday, August 22, 2005 at 10:00 am.  As grounds for this motion, the United States now says:

1. Patricia McBride, the Assistant United States Attorney originally assigned to this case went out on maternity leave yesterday, August 17, 2005.  This matter has been rescheduled to the undersigned attorney.

2. The undersigned attorney has a previously scheduled medical appointment that conflicts with the motions date and time assigned to this case.

3. Government counsel has conferred with Mary Petras on behalf of the defendant, who states that she has no opposition to the government's request.  The parties would proffer the date of Monday, September 12, as being a potential date to reschedule the case at anytime after 9:30am to avoid a conflict with defense counsel's schedule.

WHEREFORE, for these reasons and any other reasons as may appear to the Court, the Government requests that the trial in this case be continued from August 22, 2005 at 10:00am to September 12, 2005, or another date that is convenient to the Court and the parties.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
WANDA J. DIXON
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, NW
ROOM 4235
WASHINGTON, DC 20530
202-514-6997