UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-171(JR) |
| | : | |
| **JOHN TERRELL,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based on the Government's Unopposed Motion to Continue the Motions date in this case from Monday, August 22, 2005, and the reasons stated therein, the Government's motion is hereby GRANTED. This case is rescheduled to _____, 2005 at _____.

IT IS SO ORDERED.

Date:_____

_____
The Honorable James Robertson
United States District Judge