UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No.: 05-171 (JR) |
| : | |
| JOHN TERRELL, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S MOTION TO CONTINUE TRIAL**

The United States, by and through its attorney, Kenneth L. Wainstein, the United States Attorney for the District of Columbia, hereby moves to continue the trial in this matter currently scheduled for September 26, 2005, and as reasons, states as follows:

1. This case was originally assigned to Assistant United States Attorney Patricia McBride. Ms. McBride recently went on maternity leave, and as a result, her cases had to be reassigned. The undersigned attorney received the above-captioned case.

2. The trial in this case was scheduled for September 26, 2005. Undersigned counsel did not realize that, and consequently scheduled United States v. Raymond Jackson, case number 05-85, for trial before the Honorable William Bryant on September 26, 2005. The defendants in both cases are held without bond. However, the defendant in United States v. Raymond Jackson has been held since February 12, 2005, whereas Mr. Terrell has been held since April 28, 2005.

3. Attorney Mary Petras has been contacted about this situation on behalf of Mr. Terrell. Ms. Petras opposes the government's request on behalf of her client, who remains held without bond. Ms. Petras further stated that she is available to try this case on October 3, 2005, if the Government's motion is granted, and if that date is convenient to the Court.

WHEREFORE, for these reasons and any other reasons as may appear to the Court at a hearing on this matter, the government requests that the trial in this case be continued from Monday, September 26, 2005 and rescheduled to Monday, October 3, 2005 or to any other date that is convenient to the Court and the parties.

Respectfully submitted,

KENNETH L. WAINSTEIN.
UNITED STATES ATTORNEY

By: _____

 WANDA J. DIXON
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 Fourth Street, N.W., Room 4235
Washington, D.C. 20530
202/514-6997