UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-171(JR) |
| | : | |
| **JOHN TERRELL,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Based on the Government's Motion to Continue Trial in this case, the government's motions is hereby GRANTED. This case will be rescheduled for trial on _____, 2005.

IT IS SO ORDERED.

Date:_____                    _____
                                          The Honorable John Robertson
                                          United States District Judge