UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-171(JR) |
| | : | |
| **JOHN TERRELL,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based on the Government's Supplemental Opposition to the Defense Motion to Suppress Evidence, the defense motion is hereby DENIED.

IT IS SO ORDERED.


Date:_____                    _____
                                                                          The Honorable John Robertson
                                                                          United States District Judge