**FILED**

OCT 1 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
v. : Crim. Action No. 05-0171 (JR)
:
JOHN J. TERRELL, JR., :
:
Defendant. :

### VERDICT

On the charge of possession of a firearm after conviction of an offense punishable by imprisonment for a term exceeding one year, we find the defendant John J. Terrell, Jr.

✓ Not Guilty

\_\_\_\_\_ Guilty

This is our unanimous verdict.



Foreperson